UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD ISAAC JOHNSON,

          Plaintiff,

v.

MONROE CORRECTIONAL COMPLEX et al.

          Defendants.

CASE NO. C13-5167 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's motion to proceed in forma pauperis is denied. The repeated filing of this cause of action after plaintiff has been told the action cannot proceed as a civil rights action is vexatious and malicious.

(3)    The Court warns plaintiff that further improper filings may result in sanctions including monetary fines, dismissal of actions, and possibly a bar order preventing further filings.

ORDER - 1

1  (4) This action is dismissed without prejudice so that the currently pending habeas petition may proceed.

2

3  DATED this 23rd day of April, 2013.

4

5  RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - 2